Lindsay Demaree
Nevada Bar No. 11949
LDemaree@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Jennifer Tedesco (*pro hac vice* admitted)
Florida Bar No. 678821
JHT@gibsonsharps.com
GIBSON & SHARPS PSC
1443 20th Street, Suite F
Vero Beach, Florida 32960
(800) 759-0964
(502) 214-1064 (fax)

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, a/s/o J OR J WELDER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BROTHER INTERNATIONAL CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.   2:12-cv-01335-LRH-(PAL)<br><br>**JOINT NOTICE OF SETTLEMENT<br>AND<br>UNOPPOSED MOTION TO VACATE<br>PLAINTIFF'S MOTION TO COMPEL**<br>**(which is set for hearing on <u>Aug. 20, 2013</u>)** |

Plaintiff American States Insurance Company, a/s/o J or J Welder, Inc., and Defendant Brother International Corporation hereby give notice that the parties have settled their dispute. The parties are in the process of exchanging settlement documents and will submit a stipulation and order of dismissal with prejudice within the next 30 days.

In light of the parties' settlement, Plaintiff respectfully requests the Court to vacate Plaintiff's pending motion to compel (Doc. 28), which is set to be heard by the Court tomorrow, August 20, 2013, at 11:15 a.m.  Defendant agrees with, and therefore does not oppose, Plaintiff's motion.

. . .

1   Dated this 19th day of August, 2013.

2  HALL JAFFE & CLAYTON, LLP        LEWIS AND ROCA LLP

3
   BY:*/s/Kevin P. King*_____  BY: */s/ Lindsay Demaree*
4  MICHAEL R. HALL                     Lindsay Demaree
   Nevada Bar No. 5978                 Nevada Bar No. 11949
5  KEVIN P. KING                       3993 Howard Hughes Parkway
   Nevada Bar No. 7405                 Suite 600
6  7425 Peak Drive                     Las Vegas, Nevada  89169
   Las Vegas, NV89128
7                                      Jennifer Tedesco (*pro hac vice* admitted)
   *Attorneys for Defendant*           GIBSON & SHARPS PSC
8  *Brother International Corp.*       1443 20th Street, Suite F
                                       Vero Beach, Florida 32960
9
                                       *Attorneys for Plaintiff*
10

11
                                       **IT IS SO ORDERED:**
12

13
                                       _____
14                                     **United States Magistrate Judge**

15                                     DATED: August 20, 2013 _____

2