1  Lindsay Demaree
   Nevada Bar No. 11949
2  LDemaree@LRLaw.com
   LEWIS AND ROCA LLP
3  3993 Howard Hughes Parkway
   Suite 600
4  Las Vegas, Nevada89169
   (702) 949-8200
5  (702) 949-8398 (fax)

6  Jennifer Tedesco (*pro hac vice* admitted)
   Florida Bar No. 678821
7  JHT@gibsonsharps.com
   GIBSON & SHARPS PSC
8  1443 20th Street, Suite F
   Vero Beach, Florida32960
9  (800) 759-0964
   (502) 214-1064 (fax)
10
   *Attorneys for Plaintiff*
11
                    UNITED STATES DISTRICT COURT
12
                        DISTRICT OF NEVADA
13

14 | AMERICAN STATES INSURANCE | Case No.   2:12-cv-01335-LRH-(PAL) |
   | COMPANY, a/s/o J OR J WELDER, LLC, | |
15 | | |
   | Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
16 | v. | **AND** |
   | | **UNOPPOSED MOTION TO VACATE** |
17 | BROTHER INTERNATIONAL | **PLAINTIFF'S MOTION TO COMPEL** |
   | CORPORATION, a Delaware Corporation, | **(which is set for hearing on <u>Aug. 20, 2013</u>)** |
18 | | |
19 | Defendant. | |

20        Plaintiff American States Insurance Company, a/s/o J or J Welder, Inc., and Defendant

21 Brother International Corporation hereby give notice that the parties have settled their dispute.

22 The parties are in the process of exchanging settlement documents and will submit a stipulation

23 and order of dismissal with prejudice within the next 30 days.

24        In light of the parties' settlement, Plaintiff respectfully requests the Court to vacate

25 Plaintiff's pending motion to compel (Doc. 28), which is set to be heard by the Court tomorrow,

26 August 20, 2013, at 11:15 a.m.  Defendant agrees with, and therefore does not oppose, Plaintiff's

27 motion.

28 . . .

1     Dated this 19th day of August, 2013.

2   HALL JAFFE & CLAYTON, LLP                LEWIS AND ROCA LLP

3
    BY:*/s/Kevin P. King*_____     BY: */s/ Lindsay Demaree*
4   MICHAEL R. HALL                              Lindsay Demaree
    Nevada Bar No. 5978                          Nevada Bar No. 11949
5   KEVIN P. KING                                3993 Howard Hughes Parkway
    Nevada Bar No. 7405                          Suite 600
6   7425 Peak Drive                              Las Vegas, Nevada  89169
    Las Vegas, NV89128
7                                                Jennifer Tedesco (*pro hac vice* admitted)
    *Attorneys for Defendant*                    GIBSON & SHARPS PSC
8   *Brother International Corp.*                 1443 20th Street, Suite F
                                                 Vero Beach, Florida 32960
9
                                                 *Attorneys for Plaintiff*
10

11
                                             **IT IS SO ORDERED:**
12

13

14   _____
                                             **United States Magistrate Judge**
15
                                             **DATED:** August 20, 2013
16                                                    _____

17

18

19

20

21

22

23

24

25

26

27

28